AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Randolph, Arthur R | 2. Court or Organization<br><br>U.S. Court of Appeals/D.C. Cir | 3. Date of Report<br><br>5/13/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Judge - active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br><br>‖<br>12/31/2003 |

| | |
|---|---|
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals/D.C. Cir<br><br>333 Constitution Avenue, N.W.<br><br>Washington, D.C. 20001-2866 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Distinguished Adjunct Professor of Law | George Mason University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
May 14 11 56 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | George Mason University School of Law - teaching | $22,500.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | U.S. Department of Justice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pepperdine University School of Law | Malibu, CA, Feb. 28-Mar. 3, moot court competition (transportation and meals - including spouse) |
| 2. | George Mason University Law & Economics Center | New Haven, CT, June 26-29, judges' seminar (transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Grant Thornton Partners Savings Plan | A | Dividend | K | T | | | | | |
| 2. 401(K) Plan - Fid. Ret. Govt. Money Market | B | Dividend | L | T | sell | 2/06 | L | | |
| 3. 401(K) Plan - Fid. Mgd. Inc. Port. | A | Dividend | K | T | sell | 2/06 | K | | |
| 4. 401(K) Plan - Fidelity Int. Bon | A | Dividend | K | T | sell | 2/06 | K | | |
| 5. 401(K) Plan - Fidelity Growth Inc. | A | Dividend | K | T | sell | 2/06 | K | | |
| 6. IRA - Fidelity Adv. Growth | A | Dividend | J | T | | | | | |
| 7. Money Market Acct. - Jt. UBS/PaineWebber | B | Dividend | K | T | | | | | |
| 8. Money Market Acct. - IRA - UBS/PaineWebber | C | Dividend | K | T | | | | | |
| 9. Mutual Fund - Lord Abbett Aff'd - IRA | B | Dividend | M | T | buy | 7/23 | K | | |
| 10. Mutual Fund - Washington Mutual Investors - IRA | B | Dividend | L | T | | | | | |
| 11. Mutual Fund - VMM U.S. Treas. Port. - IRA | A | Interest | J | T | | | | | |
| 12. Mutual Fund - Executive Life Fund - IRA | A | Interest | J | T | | | | | |
| 13. Mutual Fund - Growth of America - IRA | A | Dividend | M | T | buy | 7/23 | K | | |
| 14. Fannie Mae - common stock | A | Dividend | K | T | sell | 6/10 | K | C | |
| 15. CitiBank Money Market | B | Interest | K | T | | | | | |
| 16. Mutual Fund - Lord Abbett - A | A | Dividend | K | T | | | | | |
| 17. Mutual Fund - Van Kampen - Comstock | A | Dividend | K | T | | | | | |
| 18. Money Market - UBS/PaineWebber | B | Interest | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| 19. Mutual Fund - Investment Co. | B | Dividend | K | T | buy | 7/23 | K | | |
| 20. 401(K) - World Bond Fund | A | Dividend | K | T | buy | 2/20 | K | | |
| 21. 401(K) - Growth Fund | A | Dividend | K | T | buy | 2/21 | K | | |
| 22. 401(K) - ML Protected Fund | A | Dividend | K | T | buy | 2/28 | K | | |
| 23. 401(K) - Income Fund | A | Dividend | K | T | buy | 2/11 | K | | |
| 24. 401(K) - Pimco Bond Fund | A | Dividend | K | T | buy | 2/11 | K | | |
| 25. 401(K) - Pimco High Income | A | Dividend | K | T | buy | 4/30 | J | | |
| 26. 401(K) - Dur. Inc. Fund | A | Dividend | K | T | buy | 5/30 | K | | |
| 27. 401(K) - Growth & Inc. Fund | A | Dividend | K | T | buy | 10/15 | J | | |
| 28. 401(K) - Pimco Real Ret. | A | Dividend | J | T | buy | 10/16 | J | | |
| 29. 401(K) - Fl. Rate Inc. | A | Dividend | K | T | buy | 10/31 | K | | |
| 30. 401(K) - 1st Trust Val. Line | A | Dividend | K | T | buy | 6/17 | J | | |
| 31. Thrift Savings Plan | A | Interest | K | T | | | | | |
| 32. 401(K) - World Bond Fund | A | Dividend | | | sell | 10/15 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Randolph, Arthur R | 5/13/2004 |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The Grant Thornton Partners Savings Plan is a deferred compensation plan. It is administered by a common pool. The beneficial owner has no right to direct investments to other than those predesignated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Randolph, Arthur R | 5/13/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Randolph, Arthur R | Date of Report<br><br>5/13/2004 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____5/14/04____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544